**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 5 2015

JAMES W. McCORMACK, CLERK
By: _Jackie Hanigan_ _____
DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. _3:15-cv-00218 DPM/JJV_

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: _Clint B. Chisem_
ADC # _146469_
Address: _350 AFCO Rd. W. memphis Ar. 72301_

Name of plaintiff: _____
ADC # _____
Address: _____

This case assigned to District Judge _MARSHALL_
and to Magistrate Judge _VOLPE_

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: _Ronnie Coleman_
Position: _Jail Administrator_
Place of employment: _Crittenden Co. Jail_
Address: _350 AFCO Rd. W. memphis Ar. 72301_
Name of defendant: _Mandy Ms. Childress_
Position: _Medical Department Administrator/Nurse_

-4-

Place of employment: Crittenden Co. Jail

Address: 350 AFCO Rd. W. Memphis Ar. 72301

Name of defendant: Ms. Marni Dickerson

Position: Medical Department Nurse

Place of employment: Crittenden Co. Jail

Address: W. Memphis Ar. 350 AFCO Rd 72301

Name of defendant: Mike Allen

Position: Sherriff

Place of employment: Crittenden Co.

Address: 350 AFCO Rd. W. Memphis, AR 72301

II.  Are you suing the defendants in:

  ☐  official capacity only
  ☐  personal capacity only
  ☑  both official and personal capacity

III. Previous lawsuits

  A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

      Yes ___  No ✗

  B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      ☐  Parties to the previous lawsuit:

      Plaintiffs: _____

      _____

      Defendants: _____

      _____

☐   Court (if federal court, name the district; if state court, name the county):

_____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: *Crittenden Co. Jail*
*W. Memphis Ar. 350 AFCO Rd. 72301*

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

✓ serving a sentence as a result of a judgment of conviction

___ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____
*Now waiting to go to A.D.C*

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ___

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ✓   No ___

If not, why? Best I could. Grievances were never replied to. Sent several out. Never returned. The grievance system here is taken as a joke here to staff.

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Came to jail at end of Feb. with broken ribs a few days prior. Needed to see doctor. Filled out requests. No response to requests. Was also hurting and suffering with acid reflux, exema skin, and arthritis in my right shoulder & right shoulder dislocates & hurts. bullet in my right arm give me pain alot. been shot 6 times in right arm. Was medical attention for all above pains & sufferings until April the 1st. Wrote nurse request every week from the end of Feb. (28th) until march, along with Grievance to Nurses and Ronnie Coleman (Jail Admn.)

My Dad passed away March 30th 2015. and I didnt get to go to viewing or anything. this played on my mind and I had anxiety & depression. I wrote requests & grievances to see Doctor. was denied/Ignored until April & prescribed cream for exema, prilosac 20mg for acid reflux on April 15, meds started 4-27th 2015. {Was prescribed By nurse, didn't see Doctor.} Still no help with ribs, anxiety/depression, or pain on arm.

Finally 5-13-15 seen Free world Doctor. He prescribed me. pain pill & antidepressant pill. & kept me on my prilosac 20mg for Reflux, & more cream for exema skin.    or weekend.
The Nurse dont pass out meds in evening. Jailor Does. well The Jailor some times wont bring my meds til late, late at night (early morning) well I had a few prilosac 20mg on my rack b/c I wasnt needing but 1 a day & they were giving me 2 a day. well the guards seen a few (6 or 7) of my prilosac in my cell and the Nurse cut me off completely. I tried to explain. She wouldnt listen.
My pain pills were cut off after takeing them 30 days

My right shoulder came out of socket and I finally after several days of complaining got to see nurse & she did nothing for my shoulder & wouldn't give me anything for pain or acid reflux. Told me to get it off commissary. I've told them several times that I'm indigent a lot of times. I was indigent at that time. Still nothing for pain & suffering as of now. Is July 6th. I'm tired of being ignored & no medical attention. & tired of the pain & suffering. A.D.C has my medical file, I give permission for anyone to look at it & you can see I've been on meds, in A.D.C since 2010. & prior.

---

The staff and jailors also show no concern for inmates. They keep inmates locked down in a cell some days 22-23 hours. Most days. They do not open cell doors and check on inmates hardly ever. I've heard several inmates through the months includeing me hollering & begging for help & no one would come check on me. My shoulder came out of socket and no one would come help after hollering & screaming & kicking door I managed to get it in place myself on 2 occasions. The death of my dad in March 2015 still gives me anxiety & depression, plays on my mind & they refuse to let me speak with any mental health. Very stressful. There are many things at this jail that are unjust. & alot of descremination if feel. and give no inmates who are indegent any paper or envelopes to do legal work or contact anyone. & hardly ever any hygene at all.

wrote Request for Nurse
& Grievance to Jail Adm.

2-28-15
3-3-15
3-10-15
3-21-15
3-29-15

wrote Grievance

4-6-15 Jail Adm.
4-13-15 mental Health/doctor
4-13-15 No meds given on Evening 4-10 th 15
4-13-15 No med att. on Ribs & meds for pain

On or about the 2nd week of April Needing to see mental health/doctor, & to call home B/C of death of dad.

---

wrote Nurse request

4-13-15, 4-9-15, 4-3-15, last of Febuary & all of march

1 written each week in March, Never seen Nurse for meds. & Rib pain.

4-1-15 - seen Nurse, only got hydrocortozone, prilosac 20mg started 27th of april.

---

4-13-15
wrote Nurse Request to see doctor about depression & anxiety, supposed to sign ADC paper tomorrow to see doctor on other issues.

---

4-9/10-15
Mail passed out by inmates

---

Signed Release of Information 4-14-15 A.D.C Medical

---

4-14-15 when signed paper, was told by Nurse I cant see doctor about Ribs B/c No proof they were broken when I came to jail. ???

---

5-13-15 X seen doctor :)
my Ek skn. still icated. Im out of cream, been 30 days. need 2 c a doc. & get more cream. Clob. cream. better. Shoulder poping & slipn. Hurts, need pain med. & maybe brace. need doc. May need to sign another form ADC. P.S. still suffering w/ anxiety/depression N need 2 c doctor.

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation. for pain, suffering & mental anguish. Fix the problem. get New/Better Med. staff. Get me Med. attention Needed. Help hurry & get me to A.D.C and out of this Jail.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this  6  day of  July  , 20 15 .

Clint Chisem   ADC # 146469

_____
Signature(s) of plaintiff(s)

-8-