IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLINT B. CHISEM, ADC # 146469                                                   PLAINTIFF

v.                                      3:15CV00218-DPM-JJV

RONNIE COLEMAN, Jail Administrator,
Crittenden County Jail; *et al.*                                                 DEFENDANTS

## ORDER

After review of Plaintiff's Amended Complaint (Doc. No. 4) for screening purposes, the Court concludes that service is appropriate for Defendants Mandy Childress and Marni Dickerson.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for these Defendants and the United States Marshal shall serve a copy of the Summons and Amended Complaint (Doc. No. 4), and this Order on the them without prepayment of fees and costs or security therefore. Service for both Defendants should be through the Crittenden County Jail, 350 AFCO Road, Memphis, AR 72301.

So Ordered this 20th day of August, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE