## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CLINT B. CHISEM**
**ADC #146469**                                                        **PLAINTIFF**

**v.**                              **No. 3:15-cv-218-DPM-JJV**

**RONNIE COLEMAN, Jail Administrator,**
**Crittenden County Jail; MANDY CHILDRESS,**
**Nurse, Medical Department Administrator;**
**MARNI DICKERSON; Medical Department Nurse;**
**and MIKE ALLEN, Sheriff, Crittenden County**          **DEFENDANTS**

### ORDER

Unopposed recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes). Chisem may proceed with his claim

that Childress and Dickerson gave him inadequate medical treatment for his

arm, rib, and shoulder injuries. Chisem's other claims against Childress and

Dickerson are dismissed without prejudice because those claims are

improperly joined in this lawsuit. Chisem's claims against Coleman and

Allen are dismissed without prejudice for failure to state a claim.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*26 September 2015*