IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLINT B. CHISEM
ADC #146469                                                              PLAINTIFF

v.                          No. 3:15-cv-218-DPM

MANDY CHILDRESS, Nurse, Medical
Department Administrator; and MARNI
DICKERSON, Medical Department Nurse                DEFENDANTS

ORDER

Embedded motion for copies, № 29, granted. The Court directs the Clerk to mail Chisem copies of № 26–30 with a copy of this Order. Chisem's objections to the pending recommendation, № 30, due by 22 July 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 July 2016