IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLINT B. CHISEM
ADC #146469                                                                                    PLAINTIFF

v.                              No. 3:15-cv-218-DPM

MANDY CHILDRESS, Nurse, Medical
Department Administrator; and MARNI
DICKERSON, Medical Department Nurse                           DEFENDANTS

ORDER

Unopposed recommendation, № 30, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 26, granted. Chisem's claims against Childress and Dickerson for inadequate medical treatment will be dismissed with prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 July 2016