IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLINT B. CHISEM
ADC #146469                                                                PLAINTIFF

v.                           No. 3:15-cv-218-DPM

MANDY CHILDRESS, Nurse, Medical
Department Administrator; and MARNI
DICKERSON, Medical Department Nurse                DEFENDANTS

ORDER

Motion, № 37, granted. The Court vacates its 29 July 2016 Order and Judgment, № 32 & 33. The Court directs the Clerk to reinstate Magistrate Judge Volpe's 15 June 2016 recommendation, № 30, as a pending motion. The Court will reconsider the recommendation promptly in light of Chisem's objections, № 34 & 37.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 November 2016