IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLINT B. CHISEM
ADC #146469                                                                    PLAINTIFF

v.                              No. 3:15-cv-218-DPM

MANDY CHILDRESS, Nurse, Medical
Department Administrator; and MARNI
DICKERSON, Medical Department Nurse                     DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 30, as modified and overrules Chisem's objections, № 34. FED. R. CIV. P. 72(b)(3). The modification: Chisem has now submitted a paper disputing portions of the Defendants' Statement of Facts. *Compare* № 34 *with* № 30 at 5. But Magistrate Judge Volpe's conclusion still holds. The record shows that jail personnel evaluated and treated Chisem several times during his stay at the Crittenden County Detention Center. And Chisem hasn't met proof with proof to show that the Defendants were nonetheless deliberately indifferent to his serious medical needs. № 30 at 5–6. Defendants' motion for summary judgment, № 26, is therefore granted. Chisem's claims against Childress and Dickerson for inadequate medical treatment will be dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 December 2016