# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CLINT B. CHISEM
ADC #146469                                                        PLAINTIFF

v.                       No. 3:15-cv-218-DPM

RONNIE COLEMAN, Jail Administrator,
Crittenden County Jail; MANDY CHILDRESS,
Nurse, Medical Department Administrator;
MARNI DICKERSON, Medical Department Nurse;
and MIKE ALLEN, Sheriff, Crittenden County                         DEFENDANTS

## JUDGMENT

1. Chisem's claims against Childress and Dickerson for inadequate medical treatment are dismissed with prejudice.

2. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2016